PROB 12A
(6/96)

**United States District Court**
for
**WESTERN DISTRICT OF TEXAS – WACO**

*Report on Offender Under Supervision*

FILED
APR 1 8 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**Name of Offender:** Randall Maust              **Case Number:** W-16-CR-044-01

**Name of Sentencing Judicial Officer:** The Honorable Richard A. Schell, United States District Judge, Tyler Division. Jurisdiction transferred to the Honorable Robert Pitman on February 19, 2016

**Date of Original Sentence:** July 7, 2009

**Original Offense:** 18 U.S.C. § 2252(a)(4)(B) Possession of Sexually Explicit Visual Depictions of Minors

**Original Sentence:** 78 months BOP; five years supervised release; $100 special assessment;

**Date Supervision Commenced:** March 18, 2015              **Type of Supervision:** Supervised Release

---

### PREVIOUS COURT ACTION

None

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

**Violation Number 1:** **Nature of Non-Compliance:** The defendant violated a special condition restricting him from viewing any type of media that depicts sexually explicit conduct. On or about April 3, 2016, the defendant viewed a pornographic movie, titled Taboo, at his residence.

**United States Probation Officer Action/Recommendation:** On April 5, 2016, the defendant reported and submitted a supervision report as instructed. During the meeting, he revealed his ex-wife dropped off a box of his personal items she has been storing while he was incarcerated. He claims he found a blank DVD in the box and viewed it to see what it contained. Once he found out it was porn, he reports he immediately removed it and threw it away in the trash. He said it remained in the trash for six hours until he finally gave in and watched it in its entirety. He claims he then broke it into several pieces and threw it away again. He reported the violation to his sex offender group just prior to our meeting and claims it will never happen again. It is this probation officers recommendation to continue him on supervision and monitor any further activity of this nature through questioning and polygraphs.

Respectfully Submitted,

*/s/ Darren Porter*

Darren Porter,
Senior U.S. Probation Officer
Date: 4/15/2016

RE: Randall Maust
   12A

☑ No action

☐ Submit a Request for Modifying the Conditions or Terms of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*[signature]*

Honorable Robert Pitman
United States District Judge

4/18/16

Date