PROB 12A
(6/96)

**FILED**

**United States District Court**

for

**WESTERN DISTRICT OF TEXAS – WACO**

MAY 3 1 2016

**Report on Offender Under Supervision**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**Name of Offender:** Randall Maust

**Case Number:** W-16-CR-044-01

**Name of Sentencing Judicial Officer:** The Honorable Richard A. Schell, United States District Judge, Tyler Division. Jurisdiction transferred to the Honorable Robert Pitman on February 19, 2016

**Date of Original Sentence:** July 7, 2009

**Original Offense:** 18 U.S.C. § 2252(a)(4)(B) Possession of Sexually Explicit Visual Depictions of Minors

**Original Sentence:** 78 months BOP; five years supervised release; $100 special assessment;

**Date Supervision Commenced:** March 18, 2015

**Type of Supervision:** Supervised Release

## PREVIOUS COURT ACTION

12A submitted 4-18-16 for viewing pornography.   No action taken by the Court.

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

**Violation Number 1: Nature of Non-Compliance**: The defendant violated a special condition restricting him from viewing any type of media that depicts sexually explicit conduct. On or about May 24, 2016, the defendant admitted to using an internet capable device, other than one being monitored, to view adult pornography in or about January, 2016.

**United States Probation Officer Action/Recommendation:** On May 24, 2016, I met with the defendant and he admitted to using a DVD player, with an internal internet browser, to watch pornography just after passing his last polygraph in January, 2016.  He claims he took the device to his son's house to keep the temptation away.  He understands he should have admitted this violation in group and to his probation officer some time ago but was scared.  His monitored internet privileges were immediately suspended and he was advised the court will be notified of his actions.  He was also advised he will be set for a polygraph soon to investigate the issue further. It is this probation officers recommendation to continue him on supervision and monitor any further activity of this nature by close supervision.

Respectfully Submitted,

Darren Porter,
Senior U.S. Probation Officer
Date: 5/27/2016

RE: Randall Maust
   12A

☑ No action

☐ Submit a Request for Modifying the Conditions or Terms of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Honorable Robert Pitman
United States District Judge

5 / 31 / 16
_____
Date