UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  WA:16-CR-00044(1)-RP |
| (1) Randall Maust | § § | |

ORDER

Before the court is Defendant Randall Maust's Motion to Terminate Supervised Release (Clerk's Doc. #4) filed on November 27, 2017.  After consideration of the request, the court finds that the motion should be denied.  The court finds early termination is not appropriate at this time.

IT IS ORDERED that the request for early termination of supervised release is DENIED.

Ordered this 6th day of December, 2017

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE