FILED
September 20, 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____jkissler_____
                              DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

§
§
§
§
§
§
§

## TRANSFER ORDER

On September 18, 2018, the Honorable Alan D. Albright was sworn in as United States District Judge for the Western District of Texas, Waco Division. Pursuant to the consent of both judges, all actions attached as Exhibit A before the Honorable Robert Pitman, District Judge for the Western District of Texas, Austin Division, shall be transferred to the docket of the Honorable Alan D. Albright.

**IT IS ORDERED** that all actions attached as Exhibit A are **TRANSFERRED** to the docket of the Honorable Alan D. Albright, United States District Judge, for all purposes.

**IT IS FURTHER ORDERED** that pursuant to the Order Assigning the Business of the Court effective September 18, 2018, the Clerk of Court shall credit these cases to the percentage of business of the receiving Judge.

**IT IS FINALLY ORDERED** that all current settings remain in effect.

**SIGNED** on September 20, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

| Case Number | Deft | Case Style |
|---|---|---|
| 6:04-cr-195 | 1-9 | USA v Ipina et al |
| 6:05-cr-073 | 1 | USA v Glass |
| 6:05-cr-186 | 1 | USA v Chan |
| 6:05-cr-239 | 1 | USA v Lopez |
| 6:05-cr-019 | 1 | USA v Arellano |
| 6:06-cr-028 | 1 | USA v Hassell |
| 6:06-cr-216 | 1 | USA v McCoy |
| 6:07-cr-016 | 6 | USA v Nevarez |
| 6:07-cr-097 | 1 | USA v Johnson |
| 6:07-cr-134 | 1 | USA v Dailey |
| 6:09-cr-111 | 2 | USA v Lopez |
| 6:09-cr-202 | 1 | USA v Biels |
| 6:09-cr-220 | 1 | USA v Tran |
| 6:09-cr-264 | 1 | USA v Lopez |
| 6:10-cr-069 | 2 | USA v Kelley |
| 6:10-cr-127 | 2 | USA v Pascoe |
| 6:10-cr-170 | 1 | USA v Thomas |
| 6:10-cr-242 | 5 | USA v Marquez |
| 6:11-cr-039 | 1 | USA v Pinelle |
| 6:11-cr-088 | 1 | USA v Chapman |
| 6:11-cr-101 | 1 | USA v Law |
| 6:11-cr-199 | 1 | USA v Pinelle |
| 6:13-cr-040 | 1 | USA v Vasquez |
| 6:13-cr-248 | 1 | USA v Sealed |
| 6:14-cr-108 | 1 | USA v Sealed |
| 6:14-cr-142 | 1 | USA v Mora-Gomez |
| 6:14-cr-256 | 5 | USA v Sealed |
| 6:15-cr-032 | 1 | USA v Woods |
| 6:15-cr-090 | 1 | USA v Scott |
| 6:15-cr-105 | 1 | USA v Sago |
| 6:15-cr-120 | 1 | USA v Arambul-Rodriguez |
| 6:15-cr-148 | 1 | USA v Bailey |
| 6:15-cr-218 | 1 | USA v Garcia |
| 6:15-cr-248 | 1 | USA v Garcia |
| 6:15-cr-273 | 1 | USA v Uribe |
| 6:16-cr-009 | 1 | USA v Jaramillo |
| 6:16-cr-018 | 1 | USA v Swindle |
| 6:16-cr-022 | 1 | USA v Thomas |
| 6:16-cr-040 | 1 | USA v Scroggins |
| 6:16-cr-044 | 1 | USA v Maust |
| 6:16-cr-062 | 1 | USA v Collingwood |

ATTACHMENT A, PAGE 1 OF 5

| | | | |
|---|---|---|---|
| 6:16-cr-102 | 1 | USA v | Beadles |
| 6:16-cr-138 | 1 | USA v | Slaton |
| 6:16-cr-142 | 1 | USA v | Herrera |
| 6:16-cr-146 | 1 | USA v | Thomison |
| 6:16-cr-162 | 1 | USA v | Escobar-Rodriguez |
| 6:16-cr-246 | 1 | USA v | Romo Jr |
| 6:16-cr-252 | 1 | USA v | Owens |
| 6:16-cr-289 | 1 | USA v | Brooks |
| 6:16-cr-317 | 1, 5, 7, 10, 12 | USA v | Jefferson et al |
| 6:17-cr-056 | 1 | USA v | Randle |
| 6:17-cr-073 | 1, 2, 3, 4, 5 | USA v | Sealed |
| 6:17-cr-085 | 1 | USA v | Bond |
| 6:17-cr-097 | 1 | USA v | Charrette |
| 6:17-cr-098 | 1 | USA v | Chavez-Salazar |
| 6:17-cr-099 | 6 | USA v | Sealed |
| 6:17-cr-101 | 1 | USA v | Sealed |
| 6:17-cr-103 | 1 | USA v | Opanuga |
| 6:17-cr-109 | 1 | USA v | Williams |
| 6:-17-cr-119 | 1 | USA v | Coward |
| 6:17-cr-178 | 1 | USA v | Bravo-Montalvo |
| 6:17-cr-192 | 3 | USA v | Maier |
| 6:17-cr-214 | 1 | USA v | Nieto Sr |
| 6:17-cr-232 | 1 | USA v | Rojas-Ramirez |
| 6:17-cr-233 | 2, 3 | USA v | Andrade et al |
| 6:17-cr-235 | 1 | USA v | Blackwell |
| 6:17-cr-236 | 1 | USA v | DeWitt |
| 6:17-cr-237 | 1 | USA v | Dickerson |
| 6:17-cr-241 | 1 | USA v | Martin |
| 6:17-cr-243 | 1 | USA v | Montomery |
| 6:17-cr-246 | 1 | USA v | Solis |
| 6:17-cr-262 | 1 | USA v | Carreon |
| 6:17-cr-281 | 1 | USA v | Allen |
| 6:17-cr-289 | 1 | USA v | Whealton |
| 6:17-cr-291 | 1 | USA v | Hesbrook |
| 6:18-cr-009 | 1 | USA v | Davis |
| 6:18-cr-010 | 1, 2 | USA v | Fegurur et al |
| 6:18-cr-015 | 1 | USA v | Robinson |
| 6:18-cr-019 | 1,2 | USA v | White |
| 6:18-cr-047 | 1 | USA v | Sealed |
| 6:18-cr-053 | 1 | USA v | Nelson |
| 6:18-cr-068 | 1, 2, 4, 5, 6 | USA v | Adams et al |
| 6:18-cr-069 | 1 | USA v | Almaguer |
| 6:18-cr-070 | 1 | USA v | Almaguer |

| Case Number | Count | Case Name |
|---|---|---|
| 6:18-cr-079 | 1 | USA v Kimball |
| 6:18-cr-084 | 1 | USA v Moore |
| 6:18-cr-091 | 1 | USA v Steele |
| 6:18-cr-092 | 1 | USA v Steen |
| 6:18-cr-106 | 1 | USA v Curry-Boykin |
| 6:18-cr-107 | 1 | USA v Braden |
| 6:18-cr-108 | 1 | USA v Sealed |
| 6:18-cr-110 | 1 | USA v Calvillo-Diaz |
| 6:18-cr-112 | 1 | USA v Hill |
| 6:18-cr-113 | 1 | USA v Johnson |
| 6:18-cr-114 | 1 | USA v Longway |
| 6:18-cr-116 | 1 | USA v Mahoney |
| 6:18-cr-118 | 1 | USA v Sealed |
| 6:18-cr-119 | 1 | USA v Perez |
| 6:18-cr-121 | 1 | USA v Varnado |
| 6:18-cr-133 | 1 | USA v Anderson |
| 6:18-cr-134 | 1, 2 | USA v Anderson et al |
| 6:18-cr-135 | 1 | USA v Aviles-Hammac |
| 6:18-cr-136 | 1 | USA v Baize |
| 6:18-cr-137 | 1 | USA v Cooley |
| 6:18-cr-139 | 1 | USA v Flotasanchez |
| 6:18-cr-141 | 1 | USA v Garcia |
| 6:18-cr-142 | 1 | USA v Love |
| 6:18-cr-144 | 1 | USA v Luna |
| 6:18-cr-146 | 1 | USA v Palmer |
| 6:18-cr-147 | 1 | USA v Sealed |
| 6:18-cr-148 | 1 | USA v Farmer |
| 6:18-cr-150 | 1 | USA v Romero |
| 6:18-cr-153 | 1 | USA v Trejo |
| 6:18-cr-154 | 1 | USA v Yell |
| 6:18-cr-171 | 1 | USA v Reyes-Canizales |
| 6:18-cr-172 | 1 | USA v Bamsch |
| 6:18-cr-173 | 1 | USA v Barron |
| 6:18-cr-174 | 1 | USA v Briones-Garcia |
| 6:18-cr-175 | 1 | USA v Carprew |
| 6:18-cr-176 | 1 | USA v Cates |
| 6:18-cr-177 | 1 | USA v Wilson |
| 6:18-cr-178 | 1, 2 | USA v Perez Flores et al |
| 6:18-cr-179 | 1 | USA v Garza |
| 6:18-cr-180 | 1 | USA v Gonzalez-Arjona |
| 6:18-cr-181 | 1 | USA v Hall |
| 6:18-cr-182 | 1 | USA v Heath |
| 6:18-cr-183 | 1 | USA v Jackson |

ATTACHMENT A, PAGE 3 OF 5

| | | | |
|---|---|---|---|
| 6:18-cr-184 | 1 | USA v | Janise |
| 6:18-cr-185 | 1 | USA v | Koym |
| 6:18-cr-186 | 1 | USA v | Lewis |
| 6:18-cr-187 | 1 | USA v | Lightner |
| 6:18-cr-188 | 1 | USA v | Longoria |
| 6:18-cr-189 | 1 | USA v | McCullough Jr |
| 6:18-cr-190 | 1 | USA v | Moreno-Mendoza |
| 6:18-cr-191 | 1 | USA v | Olguin-Ibarra |
| 6:18-cr-193 | 1 | USA v | Ramirez-Colunga |
| 6:18-cr-194 | 1,2 | USA v | Robinson et al |
| 6:18-cr-196 | 1 | USA v | Valerio |
| 6:18-cr-199 | 1 | USA v | Rodgers |
| 6:18-cr-202 | 1 | USA v | Palacios-Vazquez |
| 6:18-cr-210 | 1 | USA v | Braden |
| 6:18-cr-211 | 1 | USA v | Arenas-Tellez |
| 6:18-cr-212 | 1 | USA v | Beldsoe |
| 6:18-cr-213 | 1 | USA v | Bowen |
| 6:18-cr-214 | 1 | USA v | Chicoj-Tol |
| 6:18-cr-215 | 1,2 | USA v | Cooley et al |
| 6:18-cr-216 | 1 | USA v | Fenderson |
| 6:18-cr-217 | 1 | USA v | Guzman |
| 6:18-cr-218 | 1 | USA v | Haley |
| 6:18-cr-219 | 1 | USA v | Herrera-Rodriguez |
| 6:18-cr-220 | 1 | USA v | Sealed |
| 6:18-cr-221 | 1 | USA v | Jantes-Torres |
| 6:18-cr-222 | 1 | USA v | Lancaster |
| 6:18-cr-223 | 1 | USA v | Larios-Morales |
| 6:18-cr-224 | 1 | USA v | Law |
| 6:18-cr-225 | 1 | USA v | Merchant |
| 6:18-cr-226 | 1 | USA v | Ortiz-Lorenzo |
| 6:18-cr-227 | 1 | USA v | Salinas-Moreno |
| 6:18-cr-228 | 1 | USA v | Smith |
| 6:18-cr-229 | 1 | USA v | Snowden |
| 6:18-cr-230 | 1 | USA v | Suazo |
| 6:18-cr-236 | 1 | USA v | Loredo-Acuna |
| 6:18-cr-237 | 1 | USA v | Barrientos-Herrera |
| 6:18-cr-238 | 1 | USA v | Martinez-Hidalgo |
| 6:18-cr-245 | 1 | USA v | Perez-Agustin |
| 6:18-cr-246 | 1 | USA v | Lopez-Vaca |
| 6:18-cr-247 | 1 | USA v | Mateo-Gonzalez |
| 6:18-cr-248 | 1 | USA v | Barrett |
| 6:18-cr-249 | 1 | USA v | Cullen |
| 6:18-cr-250 | 1 | USA v | Deborde |

| | | | |
|---|---|---|---|
| 6:18-cr-251 | 1 | USA v | Evans Jr |
| 6:18-cr-252 | 1 | USA v | Garcia-Rodriguez |
| 6:18-cr-253 | 1 | USA v | Harrison |
| 6:18-cr-254 | 1 | USA v | Hernandez-Gonzalez |
| 6:18-cr-255 | 1 | USA v | Higaredo-Cervantes |
| 6:18-cr-256 | 1 | USA v | Laguna-Mendoza |
| 6:18-cr-257 | 1-20 | USA v | Lopez et al |
| 6:18-cr-258 | 1 | USA v | Lopez-Rangel |
| 6:18-cr-259 | 1-11 | USA v | Luna et al |
| 6:18-cr-260 | 1 | USA v | Pointkowski |
| 6:18-cr-261 | 1 | USA v | Vega |
| 6:18-cr-262 | 1 | USA v | Wier |
| 6:18-cr-263 | 1 | USA v | Gonzalez |
| 6:18-cr-264 | 1 | USA v | Flores-Rodriguez |
| 6:18-cr-265 | 1 | USA v | Vences-Perez |
| 6:18-cr-269 | 1 | USA v | Torres-Padilla |
| 6:18-cr-272 | 1 | USA v | Abundio-Candelo |
| 6:18-cr-273 | 1 | USA v | Aguilar |
| 6:18-cr-274 | 1 | USA v | Aguirre-Tlapa |
| 6:18-cr-275 | 1 | USA v | Benson |
| 6:18-cr-276 | 1 | USA v | Bledsoe |
| 6:18-cr-277 | 1 | USA v | Castillo-Grimaldo |
| 6:18-cr-278 | 1 | USA v | Fountain |
| 6:18-cr-279 | 1 | USA v | Sealed |
| 6:18-cr-280 | 1 | USA v | Hernandez-Gonzalez |
| 6:18-cr-281 | 1 | USA v | Hopkins |
| 6:18-cr-282 | 1 | USA v | Jones |
| 6:18-cr-283 | 1-21 | USA v | Sealed |
| 6:18-cr-284 | 1 | USA v | Martinez-Maldonado |
| 6:18-cr-285 | 1 | USA v | Martinez-Rubio |
| 6:18-cr-286 | 1 | USA v | Mays |
| 6:18-cr-287 | 1 | USA v | O'Neal |
| 6:18-cr-288 | 1 | USA v | Parks |
| 6:18-cr-289 | 1 | USA v | Sealed |
| 6:18-cr-290 | 1 | USA v | Shock, Jr |
| 6:18-cr-291 | 1 | USA v | Williams |
| 6:18-cr-292 | 1 | USA v | Smith |

```
                ATTACHMENT A, PAGE 5 OF 5
```